FILED

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0230

_____

IN RE THE ESTATE OF

M.A.C.,                                                        O R D E R

    Deceased Minor.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2024